# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 15, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128968 & (21)

BRYAN HALL,
        Petitioner-Appellant,

v

MICHIGAN DEPARTMENT OF
CORRECTIONS,
        Respondent-Appellee.

SC: 128968
COA: 259951
Ingham CC: 04-000840-AA

_____/

On order of the Court, the application for leave to appeal the May 26, 2005 order of the Court of Appeals is considered. We DIRECT the Attorney General, on behalf of the respondent Department of Corrections, to answer the petitioner's application for leave to appeal within 28 days after the date of this order, and to include a statement as to whether petitioner is essentially accurate in his allegation that respondent held petitioner's legal papers until after expiration of the relevant legal deadline.

The application for leave to appeal, including the motion to add issues, remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 15, 2005

_____
Clerk